JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.S.C., | Case No. 5:21-cv-00351-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is **REVERSED,** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 04/22/2022

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge